UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

HUGHES HOLDINGS, LLC, et al.,              :

        Plaintiffs,                   :

      -against-                             :

PETER ZACHARIOU, et al.,                   :
                                                             05 Civ. 10166 (JES) (AJP)
        Defendants.                   :

---------------------------------------- x

FOUNTAINHEAD INVESTMENT, INC., et al.,     :   06 Civ. 2090 (JES) (AJP)

        Plaintiffs,                   :

      -against-                             :   **ORDER**

ROBERT DEPALO, et al.,                     :

        Defendants.                   :

---------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the conditional settlement agreements reached by all parties and transcribed by the court reporter on May 8 2007, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT these actions are dismissed with prejudice and without costs, provided, however, that any party may reinstate either action by May 31, 2007 if the

settlement(s) is not fully effectuated and documented. The Court retains jurisdiction pursuant to the terms of the settlements.

       SO ORDERED.

Dated:       New York, New York
              May 9, 2007

                                                  **Andrew J. Peck**
                                                  United States Magistrate Judge

Copies **by fax & ECF** to:    Veronica E. Rendon, Esq.
                                  Andrew J. Goodman, Esq.
                                  Richard M. Mortner, Esq.
                                  Judge John E. Sprizzo