USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOUNTAINHEAD INVESTMENTS, INC., et al.,

                Plaintiffs,

-against-

ROBERT DEPALO, et al.,

                Defendants.

06 Civ. 2090 (JES) (AJP)

#08, 1553

ORDER GRANTING FINAL CIVIL JUDGMENT

WHEREAS the parties appeared before this Court on June 29, 2007 and consented to proceed pursuant to 28 U.S.C. §636(c) and

WHEREAS the parties entered into a settlement agreement on the record in open court, and

WHEREAS the Defendants are in breach of their respective obligations under the settlement agreement [WHEREAS DEFENDANTS DID NOT RESPOND TO PLAINTIFFS' MOTION,] it is hereby

ORDERED that

1) Judgment in the amount of $58,581.04 against Defendants IGIA, Inc., Prem Ramchandani and Avi Sivan plus costs as to be taxed by the Clerk of the Court;

2) Judgment in the amount of $253,125.00 against Defendant IGIA, Inc. plus costs as to be taxed by the Clerk of the Court;

3) Judgment preserving conversion rights set forth in the settlement until full satisfaction of the Judgment is made;

1

4) Judgment that Defendant IGIA, Inc. honor any conversion notices that it might receive in the future to the extent that the Judgment is unsatisfied.

The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED

9/2/08

U.S.M.J.
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy: All Counsel (fax+GTR)  **BY FAX**

ENTERED ON THE DOCKET THIS ___ DAY OF SEPT. 2008

2